■ MICHAEL PASSUCCI, Respondent, v THE HOME DEPOT, INC., et al., Appellants. [899 NYS2d 722]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Carni and Pine, JJ.

■ In the Matter of MARK A. MATTESON, Appellant, v NEWFANE CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, Respondent. [899 NYS2d 722]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Centra and Peradotto, JJ.

■ DEBORAH HIMMELSBACH, Respondent, v PATRICK GEORGE, Appellant. [899 NYS2d 723]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Green and Pine, JJ.

■ CHARLES R. MCLAUGHLIN et al., Respondents, v MIDROX INSURANCE COMPANY, Appellant, and RONALD D. BLODGETT et al., Respondents. (Appeal No. 1.) [899 NYS2d 722]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Green and Pine, JJ.

■ CHARLES R. MCLAUGHLIN et al., Respondents, v MIDROX INSURANCE COMPANY, Appellant, and RONALD D. BLODGETT et al., Respondents. (Appeal No. 2.) [899 NYS2d 722]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Green and Pine, JJ.

■ RUBY JORDAN, Formerly Known as RUBY PREMO, Respondent, v RICHARD PREMO, Appellant. [899 NYS2d 723]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Green and Pine, JJ.

■ In the Matter of RHONDA MANGUS, Petitioner, v NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES et al., Respondents. [899 NYS2d 723]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Smith, Fahey and Carni, JJ.

■ PAUL CWIKLINSKI et al., Respondents, v SEARS, ROEBUCK & CO., INC., et al., Appellants. [899 NYS2d 723]—Motion for reargument or leave to appeal to the Court of Appeals denied; cross motion for reargument denied. Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.

■ EUGENE TAILLIE et al., Plaintiffs, and KEVIN TAILLIE, Appellant, v ROCHESTER GAS AND ELECTRIC CORPORATION et al., Respondents. [899 NYS2d 722]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Smith, Centra and Fahey, JJ.